UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMK Investments, Inc., | No. 2:23-cv-02170-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Isaiah Porter, et al., | |
| Defendants. | |

This action is remanded to the Superior Court of the State of California, County of Sacramento. Defendant has not established that the state court could not enforce his rights. *See U.S. Bank Nat. Ass'n v. Azam*, 582 F. App'x 710 (9th Cir. 2014) (unpublished) (affirming remand for lack of removal jurisdiction under 28 U.S.C. § 1443(1)); *Patel v. Del Del Taco, Inc.*, 446 F.3d 996, 999 (9th Cir. 2006) (summarizing and applying relevant legal test), *abrogated on other grounds by BP P.L.C. v. Mayor & City Council of Baltimore*, 141 S. Ct. 1532 (2021).

IT IS SO ORDERED.

DATED: October 5, 2023.

CHIEF UNITED STATES DISTRICT JUDGE